UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JAMES FLOWERS** | * | **CIVIL ACTION NO.:** |
| | * | |
| **VERSUS** | * | **JUDGE** |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| | * | |
| **MILLENNIA HOUSING** | * | **JURY DEMAND** |
| **MANAGEMENT, LTD., LLC,** | * | |
| **MILLENNIA HOUSING** | * | |
| **DEVELOPMENT, LTD., LLC, ABC** | * | |
| **INSURANCE COMPANY and DEF** | * | |
| **INSURANCE COMPANY** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE, Defendant, Millennia Housing Management LTD., LLC (herein after "Millennia Housing"), by and through undersigned counsel, hereby submits this Notice of Removal of the state court action referenced herein to the United States District Court for the Eastern District of Louisiana, pursuant to 28 U.S.C. § 1332, 1441, and 1446. In support of its removal, Millennia Housing respectfully avers as follows:

## BACKGROUND

I.

On May 10, 2023, Plaintiff, James Flowers, filed a Petition for Damages captioned "*James Flowers versus Millennia Housing Management, LTD., LLC, et al*," bearing suit number 2023-04282 in the Civil District Court for the Parish of Orleans, State of Louisiana.[1]

---

[1] See Plaintiff's Petition for Damages, attached as Exhibit 1

1

II.

Plaintiff asserted personal injury damages as a result of an incident that allegedly occurred on May 13, 2022.[2] Plaintiff alleged he tripped and fell in the bathroom of his apartment in the Peace Lake Towers apartments located at 9025 Chef Menteur Hwy., New Orleans, LA 70126.[3]

III.

Plaintiff claims Defendants, including Millenia Housing, are the owners and operators of the apartment complex and that as a result of his fall, he sustained serious and significant injuries as a result of the fall.[4]

**DIVERSITY OF CITIZENSHIP**

IV.

The Petition alleges that Plaintiff is domiciled in the State of Louisiana. Accordingly, he is considered a citizen of Louisiana for the purposes of diversity jurisdiction.

V.

Millennia Housing Management LTD., LLC is an Ohio limited liability company, whose members are Frank T. Sinito, Malisse Sinito, and MJB&Z, Inc. . Both Frank T. Sinito and Malisse Sinito are domiciled in Cleveland, Ohio. MJB&Z, Inc. is an Ohio corporation with its principle place of business in Valley View, Ohio. For purposes of diversity jurisdiction, limited liability companies are citizens of every state in which their members are citizens.[5] .[6] Therefore, for

---

[2] Exh. 1, paragraphs 7 and 8.
[3] Exh. 1, paragraphs 3 and 7.
[4] Exh. 1, paragraph 8.
[5] *Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077 (5th Cir. 2008); *Thymes v. AT&T Mobility Servs., LLC,* No. 6:18-CV-00867, 2018 WL 6920356, at *3 (W.D. La. Dec. 4, 2018), *report and recommendation adopted*, No. 6:18-CV-00867, 2019 WL 81591 (W.D. La. Jan. 2, 2019).
[6] *Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077 (5th Cir. 2008); *Thymes v. AT&T Mobility Servs., LLC,* No. 6:18-CV-00867, 2018 WL 6920356, at *3 (W.D. La. Dec. 4, 2018), *report and recommendation adopted*, No. 6:18-CV-00867, 2019 WL 81591 (W.D. La. Jan. 2, 2019).

purposes of diversity jurisdiction, Millennia Housing Development, LTD., LLC is considered a citizen of Ohio.

VI.

Millennia Housing Development, LTD., LLC is an improperly joined party and, thus, its citizenship should not be considered for purposes of diversity jurisdiction. Regardless, though, Millennia Housing Development, LTD., LLC is also an Ohio limited liability company, whose members are Frank T. Sinito, Malisse Sinito, and MJB&Z, Inc. Thus, for the purposes of diversity, Millenia Housing Development, LTD., LLC is also domiciled in Ohio.

VII.

ABC Insurance Company is a fictitious entity. Therefore, in accordance with 28 U.S.C. § 1441(b)(1), its alleged citizenship shall be disregarded.[7]

VIII.

DEF Insurance Company is a fictitious entity. Therefore, in accordance with 28 U.S.C. § 1441(b)(1), its alleged citizenship shall be disregarded.[8]

IX.

As the aforementioned paragraphs show, and as alleged in the Petition, complete diversity exists among the parties.

X.

Accordingly, pursuant to 28 U.S.C. § 1332, this Court has jurisdiction over this matter based upon complete diversity of citizenship among the Plaintiff and Defendants.

---

[7] "In determining whether a civil action is removable on the basis of [diversity jurisdiction], the citizenship of defendants sued under fictitious names shall be disregarded." 28 U.S.C. § 1441(b)(1).
[8] *Id.*

## AMOUNT IN CONTROVERSY

XI.

Regarding the requisite amount in controversy requirement for diversity jurisdiction, Plaintiff's Petition does not include a specific quantum of damages or provide any allegation that would indicate that the amount in controversy exceeds the amount necessary to invoke federal diversity jurisdiction. However, On June 9, 2023, Plaintiff's counsel conveyed a settlement demand to Defendants of $375,000.00 on behalf of Plaintiff.[9]

XII.

Additionally, as outlined in the same settlement demand, Plaintiff is claiming a cervical spine injury as a result of her fall, for which she subsequently underwent an anterior cervical discectomy and fusion, with claimed past medical expenses of $57,534.23.[10]

XIII.

General damages for the claimed surgery alone exceed $75,000[11] but when considered with the special damages above, the requisite amount for diversity jurisdiction is met.

## REMOVAL IS PROPER

XIV.

Notices of removal are governed by 28 U.S.C. §1446(b), which provides that, "each defendant shall have 30 days after receipt by or service on that defendant of the initial pleadings or summons…to file a notice of removal.[12] Millennia Housing was served with the Petition for

---

[9] *See* James Flower's Settlement Demand Letter, attached hereto as Exhibit 2.
[10] *Id.*
[11] *Copell v. Arceneaux Ford, Inc.*, 20-299 (La.App. 3 Cir. 06/09/21), 322 So.3d 886 ($150,000.00 in general damages awarded to a plaintiff who underwent ACDF surgery at C5-C6); *Scott v. State Farm Mut. Auto. Ins. Co.*, 2016-13145 (22nd JDC 01/06/20) ($140,000.00 in general damages awarded to a plaintiff who underwent ACDF surgery at C6-C7).
[12] See 28 U.S.C. §1446(b).

4

Damages on June 7, 2023. Millennia Housing filed the instant Notice of Removal within thirty (30) days of service of this initial pleading. Accordingly, the instant removal is timely.

XV.

Millennia Housing Development, LTD., LLC is an improperly joined party. Hence, its consent to the Removal is unnecessary. Nonetheless, out of an abundance of caution, it consents to this Removal.

XVI.

ABC Insurance Company and DEF Insurance Company are fictitious entities that have not been served. Hence, their consent to the Removal is not necessary.[13]

XVII.

The United States Court for the Eastern District of Louisiana is the federal judicial district embracing the Civil District Court for the Parish of Orleans, State of Louisiana, where suit was originally filed. Venue is therefore proper in this district court pursuant to 28 U.S.C. § 1441(a).

XVIII.

Since there is complete diversity of citizenship between all parties that have not been fictitiously named and because the amount in controversy exceeds $75,000, exclusive of interest and costs, this court has jurisdiction over the civil action pursuant to 28 U.S.C. § 1332 and 1367. Accordingly, this action may be removed to this Honorable Court pursuant to 28 U.S.C. § 1441 and 1446.

---

[13] 28 U.S.C. § 1441(a) provides that "[f]or purposes of removal under this chapter, the citizenship of defendants sued under fictitious names shall be disregarded." 28 U.S.C. § 1441(a); see also, *Despanza v. Cap. Motor Lines,* No. CV 22-413-WBV-KWR, 2022 WL 2384119, at *3 (E.D. La. July 1, 2022) ("In keeping with this rule, multiple Sections of this Court have disregarded unnamed or fictitious entities when determining whether there is diversity of citizenship between parties."); citing, *Blanchard v. Tillman,* No. 20-2400, 2020 WL 6581010, at *2 (E.D. La. Nov. 10, 2020) (Lemelle, J.); *Burns v. Home Depot U.S.A., Inc.,* No. 20-1062, 2020 WL 4504398, at *1 (E.D. La. Aug. 5, 2020) (Guidry, J.); *Hill v. Geovera Specialty Ins. Co.,* No. 20-1896, 2020 WL 5411731, at *1 (E.D. La. Sept. 9, 2020)(Lemmon, J.).

XIX.

Millennia Housing has good and sufficient defenses to the Plaintiff's claims for relief and dispute all rights to the relief prayed for in Plaintiff's Petition for Damages.

WHEREFORE, Defendant, Millennia Housing Management LTD., LLC prays that the above-entitled cause on the docket of the Civil District Court for the Parish of Orleans, State of Louisiana be removed from that Court to the docket of the United States District Court for the Eastern District of Louisiana and for trial by jury and other determinations as required by law.

Respectfully Submitted,

*/s/Jared A. Davidson*

Jared A. Davidson, La. Bar No. 32419
Caroline M. Murley, La. Bar Roll No. 36599
TAYLOR, WELLONS, POLITZ & DUHE, APLC
1555 Poydras Street, Suite 2000
New Orleans, Louisiana 70112
Telephone: (504) 525-9888
Facsimile: (504) 525-9899
Email: jdavidson@twpdlaw.com
        cmurley@twpdlaw.com

***Counsel for Millennia Housing Management LTD., LLC***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Notice of Removal* has been electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System. I further certify that I mailed the forgoing document and notice of electronic filing by first-class mail to all counsel of record who are not participants in the CM/ECF system on this 23rd day of June, 2023.

/s/Jared A. Davidson

TAYLOR, WELLONS, POLITZ & DUHE, LLC