2023-04282

I

Section 5

FILED
2023 MAY 10  P 06:25
CIVIL
DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO. _____                                           DIVISION: " "

JAMES FLOWERS

VERSUS

MILLENNIA HOUSING MANAGEMENT, LTD., LLC,
MILLENNIA HOUSING DEVELOPMENT, LTD., LLC,
ABC INSURANCE COMPANY, and DEF INSURANCE COMPANY

FILED: _____        _____
                                           DEPUTY CLERK

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes JAMES FLOWERS ("Petitioner" or "Mr. Flowers"), a person of the full age of majority and resident of and domiciled in the State of Louisiana, who hereby files this Petition and represents the following:

1.

**Made Defendants herein are:**

A) MILLENNIA HOUSING MANAGEMENT, LTD., LLC, a foreign limited liability company that, upon information and belief, jointly operates the Peace Lake Towers apartments and which caused Petitioner's damages;

B) MILLENNIA HOUSING DEVELOPMENT, LTD., LLC, a foreign limited liability company that, upon information and belief, also jointly operates the Peace Lake Towers apartments and which also caused Petitioner's damages;

C) ABC INSURANCE COMPANY, an unknown insurance company which, upon information and belief, provided an applicable policy of insurance to MILLENIA HOUSING MANAGEMENT, LTD., LLC; and

D) DEF INSURANCE COMPANY, an unknown insurance company which, upon information and belief, provided an applicable policy of insurance to MILLENIA HOUSING DEVELOPMENT, LTD., LLC.

E-Filed

1

EXHIBIT
1

2023-04282

I

Section 5

FILED
2023 MAY 10  P 06:25
CIVIL
DISTRICT COURT

2.

Pursuant to Louisiana Code of Civil Procedure Article 74, venue is proper in this parish because the wrongful conduct occurred, and the damages were sustained in this matter in the Parish of Orleans.

3.

Petitioner files suit to recover damages he sustained as a result of tripping and falling on the premises of the Peace Lake Towers. Defendants are liable to Petitioner for an amount sufficient to fully compensate him for all general and special damages, as well as legal interest and court costs, judicial interest, and any other reasonable damages, for the following reasons:

4.

Upon information and belief, defendant **MILLENNIA HOUSING MANAGEMENT, LTD., LLC** ("Millennia Management") and **MILLENNIA HOUSING DEVELOPMENT, LTD., LLC** ("Millenia Development") (together, the "Millenia Entities") jointly own and operate the Peace Lake Towers apartments ("Peace Lake"), located at 9025 Chef Menteur Hwy., New Orleans, LA 70126. Upon further information and belief, defendant.

5.

Prior to Hurricane Ida, which made landfall on August 29, 2021, Petitioner Mr. Flowers lived in an apartment at Peace Lake that contained a handicap "grab bar" in the bathroom. Mr. Flowers required this grab bar due to being disabled because of a stroke he suffered previously.

6.

Plaintiff's prior apartment was damaged due to Hurricane Ida. He was therefore moved to a new apartment at Peace Lake. This new apartment, however, did not contain a handicap-accessible grab bar in the bathroom.

7.

On May 13, 2022, Mr. Flowers was using the bathroom of his new apartment at Peace Lake when he fell to the floor because there was no grab bar accessible for him to hold onto.

8.

As a result of this fall, Petitioner Mr. Flowers has suffered bodily injuries to his head, shoulder, neck, and back; pain and suffering from those injuries; medical expenses; mental anguish

Case 2:23-cv-02184-BWA-KWR   Document 1-1   Filed 06/23/23   Page 3 of 9

2023-04282

I

Section 5

FILED
2023 MAY 10  P 06:25
CIVIL
DISTRICT COURT

and loss of enjoyment of life; loss of wages and earning capacity; and any other damages that may come to light through discovery in this matter.

9.

Upon information and belief, the Millenia Entities knew or should have known about Plaintiff's disability and his need to have a handicap accessible grab bar in his bathroom, particular because they had previously placed Plaintiff in an apartment with such a bathroom.

10.

Upon information and belief, Millenia Entities also knew or should have known that placing Plaintiff in an apartment which lacked such a grab bar in the bathroom constituted a safety hazard. Furthermore, the Millenia Entities knew or should have known that the apartment in which they placed Plaintiff did in fact lack such a grab bar, because the Millenia Entities closely monitored the premises of Peace Lake.

11.

Upon information and belief, it also should have been reasonably foreseeable to the Millenia Entities that a Peace Lake resident such as Mr. Flowers would eventually suffer a fall in his bathroom, since it lacked a grab bar for safety.

12.

Upon further information and belief, the Millenia Entities could have prevented Mr. Flowers' fall through reasonable measures by transferring him to an apartment which, as was the case with his previous apartment, contained a grab bar in the bathroom.

13.

The Millenia Entities, however, failed to exercise such reasonable care by either placing a grab bar in Mr. Flowers' apartment or by transferring Mr. Flowers to an apartment that contained a handicap grab bar in the bathroom.

14.

Additionally, as operators of an assisted living facility, Defendants the Millenia Entities had a duty to Peace Lake residents to keep their apartments free of hazards. The Millenia Entities breached that duty in the following ways:

2023-04282

**I**

Section 5

FILED
2023 MAY 10  P 06:25
CIVIL
DISTRICT COURT

    a. Failing to exercise reasonable care in ensuring that all parts of the premises were reasonably safe;

    b. Failing to properly inspect bathrooms and assure they are free from hazards;

    c. Failing to warn its guests, patrons and patients of dangerous condition(s) on its premises;

    d. Failing to timely and adequately eliminate the unsafe condition;

    e. Failing to properly train and/or supervise its managers, employees and/or agents;

    f. Failing to properly enforce and/or follow reasonable procedures that would have prevented harm to Mr. Flowers;

    g. Failure to exercise reasonable care;

    h. Failing to comply with the applicable laws and regulations concerning safety; and,

    i. Any other acts and omissions in contravention of the exercise of due care and the laws of Louisiana that may come to light through discovery in this matter.

15.

Upon information and belief, at all times relevant herein, co-defendants ABC INSURANCE COMPANY and DEF INSURANCE COMPANY had in full force and effect insurance policies issued to co-defendants Millenia Management and Millenia Development, respectfully, providing liability insurance coverage for Petitioner's damages in this matter. ABC INSURANCE COMPANY and DEF INSURANCE COMPANY are therefore liable jointly, severally, and *in solido* for the damages that Petitioner has suffered.

**WHEREFORE**, Petitioner prays that a copy of this Petition be served on all Defendants, that they be cited to appear and answer same, and that, in due course, there be Judgment rendered against them in favor of Petitioner, in an amount to be determined by the trier of fact which will fully compensate Petitioner for all general and special damages they have suffered, including but not limited to, legal interest from date of judicial demand and all costs of these proceedings.

### REQUEST FOR NOTICE

Petitioner further prays that, in accordance with La. C.C.P. Art. 1572, the Court give written notice by certified mail at least ten (10) days in advance of the date fixed for the trial and/or hearing of the case whether on exceptions, motions, rules, or the merits. Petitioner also requests

E-Filed

4

2023-04282

**I**

Section 5

FILED
2023 MAY 10  P 06:25
CIVIL
DISTRICT COURT

immediate notice of all orders or judgments, whether interlocutory or final, made or rendered in this case upon the rendition thereof as provided by La. C.C.P. Arts. 1913 and 1914 including notice of judgment in the event this case be taken under advisement or if the judgment is not signed at the conclusion of the trial.

Respectfully Submitted:
**EGENBERG, APLC**

*/s/ Bradley Egenberg*

BRADLEY EGENBERG (#29848)
BEN BERMAN (#36798)
AARON J. HURD (#34601)
DANIELLE MACKIE (#38826)
650 Poydras Street, Suite 2000
New Orleans, Louisiana 70130
Telephone:   (504) 229-5700
Facsimile:   (504) 617-7911
Email:       lacourtfilings@egenberg.com
*Attorneys for Petitioner, James Flowers*

**PLEASE SERVE:**

**MILLENNIA HOUSING MANAGEMENT, LTD., LLC**
*Through its registered agent:*
CT CORPORATION SYSTEM
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

**MILLENNIA HOUSING DEVELOPMENT, LTD., LLC**
*Through its registered agent:*
CT CORPORATION SYSTEM
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

**PLEASE DO NOT SERVE:**

ABC INSURANCE COMPANY
DEF INSURANCE COMPANY

A TRUE COPY
*/s/ Ellen F. Philbick*
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA



CT Corporation
Service of Process Notification
06/07/2023
CT Log Number 544018133

## Service of Process Transmittal Summary

**TO:** Renee Lester, Regional Operations Director
American Preservation Builders, LLC
1300 KEY TOWER
CLEVELAND, OH 44114-1310

**RE:** Process Served in Louisiana

**FOR:** Millennia Housing Management, Ltd., L.L.C. (Domestic State: OH)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| **TITLE OF ACTION:** | Re: JJAAMMEESS FLOWERS // To: Millennia Housing Management, Ltd., L.L.C. |
| **CASE #:** | 202304282 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **PROCESS SERVED ON:** | C T Corporation System, Baton Rouge, LA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 06/07/2023 at 09:13 |
| **JURISDICTION SERVED:** | Louisiana |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/07/2023, Expected Purge Date: 06/12/2023 |
| | Image SOP |
| | Email Notification, RENEE WEISS  rweiss@mhmltd.com |
| | Email Notification, Renee Lester  rlester@mhmltd.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816
866-203-1500
DealTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



## PROCESS SERVER DELIVERY DETAILS

Date: Wed, Jun 7, 2023
Server Name: Drop Service

| Entity Served | MILLENNIA HOUSING MANAGEMENT, LTD., LLC |
|---|---|
| Case Number | 2023-04282 |
| Jurisdiction | LA |

| Inserts | |
|---|---|
| | |



ATTORNEY'S NAME:  Egenberg, Bradley J 29848
AND ADDRESS:  650 Poydras Street Suite 2000, New Orleans, LA 70130

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2023-04282    DIVISION: I    SECTION: 05

**FLOWERS, JAMES**

Versus

**MILLENIA HOUSING MANAGEMENT, LTD., LLC ET AL**

## CITATION

TO: MILLENNIA HOUSING MANAGEMENT, LTD., LLC
THROUGH: ITS REGISTERED AGENT: CT CORPORATION SYSTEM
3867 PLAZA TOWER DR., BATON ROUGE, LA 70816

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA May 16, 2023**

Clerk's Office, Room 402
Civil Courts Building
421 Loyola Avenue
New Orleans, LA 70112

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans,
State of LA
by _____
Ellen Philbrick, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ____ day of _____ served a copy of the within **Petition for Damages** ON MILLENNIA HOUSING MANAGEMENT, LTD., LLC THROUGH: ITS REGISTERED AGENT: CT CORPORATION SYSTEM Returned the same day No. _____ Deputy Sheriff of _____ Mileage: $ _____ / ENTERED / ___ / ___ / ___ SERIAL NO.  DEPUTY  PAPER  RETURN  PARISH | On this ____ day of _____ served a copy of the within **Petition for Damages** ON MILLENNIA HOUSING MANAGEMENT, LTD., LLC THROUGH: ITS REGISTERED AGENT: CT CORPORATION SYSTEM by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said MILLENNIA HOUSING MANAGEMENT, LTD., LLC being absent from the domicile at time of said service. Returned the same day No. _____ Deputy Sheriff of _____ |

ID: 11141494    Page 1 of 2

Civil Code of Procedures
Article 1001

Art. 1001. Delay for answering

A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.

B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.

C. The court may grant additional time for answering.

Acts 2021, No. 174, §1, eff. Jan. 1, 2022.