# EGENBERG
## TRIAL LAWYERS

| | | |
|---|---|---|
| BRADLEY EGENBERG* | BENJAMIN BERMAN* | AARON HURD* |
| BENJAMIN ROBERTS*** | ALEXANDRIA WALKER* | DANIELLE MACKIE* |
| BLAKE CORLEY* | MAX STERNBERG** | MICHAEL SIPOS* |
| EMILY PADGETT* | DANIEL LEVY* | TANNER CHOATE* |

June 9, 2023

VIA Email: t.trent@gprs-inc.com
Tucker Trent (Agent for Peace Lake Towers)
9025 Chef Menteur Hwy.
New Orleans, LA 70127
(224) 330-6435

Re:   Our Client:        James Flowers
      D/O/Loss:        May 13, 2022
      Claim No:        MHM115353

<b>FOR SETTLEMENT PURPOSES ONLY</b>

Dear Mr. Trent,

    As you know, my client, Mr. James Flowers was injured during an incident that occurred on May 13, 2022, at Peace Lake Towers. Since this incident, Mr. Flowers has been experiencing extreme pain and enduring months of continued treatment due to the negligence of your insured. The evidence clearly shows that the defendant driver's negligence was the direct and proximate cause of my client's injuries and resultant damages. Those damages include medical bills, out-of-pocket expenses and pain and suffering.

    As a result of Mr. Flowers injuries, Mr. Flowers presented to LCMC New Orleans. Mr. Flowers continued his medical treatment at MQVN- NOLA Wellness Center and Orthopedic Associates of New Orleans. Since then, Mr. Flowers has made regular visits with passive modality physical therapy and received temporary relief from the treatment he received but the pain always returned. Any additional medical records for Mr. Flowers will be sent to you as they become available.

    Our client has not reached maximum medical improvement and expenses will continue to accumulate. Mr. Flowers has incurred the following special and specific damages as a direct result of the accident.

*Please reply to the Louisiana office*

| LOUISIANA | TEXAS |
|---|---|
| 650 Poydras St., Ste. 2000 | 5252 Westchester St., Ste. 210 |
| New Orleans, LA 70130 | Houston, TX 77005 |
| P: (504)-229-5700 | P: (281)-789-8218 |
| F: (504)-617-7911 | F: (281)-810-7674 |

*Licensed in Louisiana only\* Licensed in Texas only\*\* Of Counsel, Licensed in Texas only\*\*\**



EXHIBIT
2

| LCMC New Orleans | $ 23,641.50 |
| MQVN- NOLA Wellness Center | $ 16,782.73 |
| Orthopedic Associates of New Orleans | $ 17,100.00 |
| **Total** | **$ 57,524.23** |

Due to the severity of his injuries, we now demand that Great Prairie Risk Solutions, on behalf of Peace Lake Towers tender $375,000.00.

Our client reserves the right to choose whether to settle with your insured based on reviewing the available coverage and the affidavit of no other insurance. If we do not receive an response withing **ten** days, we will file formal legal proceedings for all damages available under the law, including punitive damages.

Please deliver your check, made payable to: "**James Flowers and Egenberg APLC**", to 650 Poydras Street, Suite 2000, New Orleans, LA 70130.

Please contact me or my paralegal, Jennifer Levy, with any questions or concerns.

Sincerely,
/s/ Danielle Mackie

DanielleMackie
danielle@egenberg.com

2