UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JAMES FLOWERS** | * | **CIVIL ACTION NO.:** |
| | * | |
| **VERSUS** | * | **JUDGE** |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| | * | |
| **MILLENNIA HOUSING** | * | **JURY DEMAND** |
| **MANAGEMENT, LTD., LLC,** | * | |
| **MILLENNIA HOUSING** | * | |
| **DEVELOPMENT, LTD., LLC, ABC** | * | |
| **INSURANCE COMPANY and DEF** | * | |
| **INSURANCE COMPANY** | * | |
| | * | |

## CONSENT TO REMOVAL

**NOW INTO COURT**, comes Defendant, Millennia Housing Development LTD., LLC who, reserving all rights and defenses, hereby consents to the removal of this matter from the Civil District Court for the Parish of Orleans to this Honorable Court.

Respectfully Submitted,

/s/Jared A. Davidson

Jared A. Davidson, La. Bar No. 32419
Caroline M. Murley, La. Bar Roll No. 36599
TAYLOR, WELLONS, POLITZ & DUHE, APLC
1555 Poydras Street, Suite 2000
New Orleans, Louisiana 70112
Telephone: (504) 525-9888
Facsimile: (504) 525-9899
Email: jdavidson@twpdlaw.com
          cmurley@twpdlaw.com

***Counsel for Millennia Housing Development LTD., LLC***