UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JAMES FLOWERS                                    CIVIL ACTION

VERSUS                                           NO. 23-2184

MILLENNIA HOUSING                                SECTION M (4)
MANAGEMENT, LTD., LLC., *et al.*

### ORDER

Considering the plaintiff's motion to dismiss with prejudice (R. Doc. 45),

IT IS ORDERED that the motion is GRANTED, and this case is DISMISSED WITH

PREJUDICE, each party to bear its own costs.

New Orleans, Louisiana, this 3rd day of January, 2025.


BARRY W. ASHE
UNITED STATES DISTRICT JUDGE